**UNITED STATES of America,**
**Appellee,**

v.

**Jose Manuel MANCHA–GALVAN,**
**Appellant.**

**No. 05–1293.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 6, 2005.

Decided: Oct. 11, 2005.

David Detar Newbert, U.S. Attorney's Office, Kansas City, MO, for Appellee.

Laine T. Cardarella, Federal Public Defender's Office, Kansas City, MO, for Appellant.

Jose Manuel Mancha–Galvan, Forrest City, AR, pro se.

Before BYE, MCMILLIAN, and RILEY, Circuit Judges.

PER CURIAM.

Jose Manuel Mancha–Galvan pleaded guilty to conspiring to distribute fifty grams or more of methamphetamine, in violation of 21 U.S.C. § 846, and the district court[1] sentenced him to seventy months in prison and four years of supervised release. On appeal, his counsel moved to withdraw and filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Counsel argues the district court erred under *United States v. Booker,* —— U.S.

——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), by treating the Guidelines as mandatory at Mancha–Galvan's pre-*Booker* sentencing. However, Mancha–Galvan did not preserve this issue below and we conclude he is not entitled to plain-error *Booker* relief because there is no indication in the record the district court would have imposed a lower sentence under advisory Guidelines. *See United States v. Pirani,* 406 F.3d 543, 552–53 (8th Cir.2005) (en banc).

Having reviewed the record independently pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude there are no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the district court and we grant counsel's motion to withdraw.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.